**FOLEY & LARDNER LLP**
ATTORNEYS AT LAW
1530 PAGE MILL ROAD
PALO ALTO, CA 94304-1125
TELEPHONE: 650.856.3700
FACSIMILE: 650.856.3710

E. PATRICK ELLISEN, BAR NO. 142033
DAVID B. MOYER, BAR NO. 197739
JASON M. JULIAN, BAR NO. 215342

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EZONICS CORPORATION, a California corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PRIMAX ELECTRONICS, LTD., a foreign corporation,<br><br>　　　　Defendant. | Case No. C-04-05370 (MMC)<br><br>**[PROPOSED]** ORDER OF DISMISSAL WITH PREJUDICE<br><br>The Honorable Maxine M. Chesney |

ORDER OF DISMISSAL WITH PREJUDICE

Having considered the Parties' Stipulation for Dismissal with Prejudice and for good cause appearing, it is hereby ORDERED:

1.   The action *Ezonics Corporation v. Primax Electronics, Ltd.*, Case No. C-04-05370 (MMC), is dismissed with prejudice with each party to bear its own attorneys' fees and costs.

DATED: October 14, 2005

By _____
HON. MAXINE M. CHESNEY